**Order entered July 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00775-CV

### IN RE BRYAN MORENO, Relator

**From the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-52512-2012**

## ORDER
Justice Francis, Justice Evans, and Justice Stoddart

Before the Court is relator's "Request for Immediate Suspension of Commitment Pending Preparation of Petition for Writ of Habeas Corpus or, Alternatively, Setting Bond Pending Review of Habeas." Relator has not filed an original proceeding in this Court related to the underlying proceeding. We are, therefore, without authority to act on relator's request. *See Taft v. Schraub*, 557 S.W.2d 172, 174 (Tex. Civ. App.—San Antonio 1977, no writ) (quoting *Winfrey v. Chandler*, 159 Tex. 220, 318 S.W.2d 59 (1958) ("A court which is authorized to issue extraordinary writs to enforce its jurisdiction may not exercise that power in aid of its potential jurisdiction. It is only after the jurisdiction has been invoked in the manner prescribed by law and has thus become active that the court may act to enforce or protect the same."). We **DENY** the motion for lack of jurisdiction.

/s/ Molly Francis
MOLLY FRANCIS
PRESIDING JUSTICE